UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ERIN DENIECE HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 5:19-cv-01313-JLS (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation of the parties, the records on file, the Report and Recommendation of the assigned United States Magistrate Judge, the Objections to the Report and Recommendation filed by Defendant, and the Response to the Objections filed by Plaintiff. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security in this case and remanding the matter for further administrative proceedings consistent with the Report and Recommendation.

Dated: May 21, 2020

_____
JOSEPHINE L. STATON
United States District Judge